IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

VICTOR P. WILEY,

Defendant.                                                  No. 04-CR-30144-DRH

### ORDER

**HERNDON, District Judge:**

Now before the Court is Wiley's May 6, 2005 motion to continue trial setting (Doc. 12). The Court being fully advised in the premises finds that Wiley needs additional time to conduct discovery to determine Wiley's competency and his decision making-making ability in this matter. The Government does not object to the continuance. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and the Defendant in a speedy trial. Therefore, the Court **GRANTS** Wiley's motion to continue trial setting (Doc. 12). The Court **CONTINUES** the **jury trial** scheduled for May 16, 2005 at 9:00 a.m. to **Monday, July 18, , 2005 at 9:00 a.m.** The time from the date the original motion

was filed, May 6, 2005, until the date to which the trial is rescheduled, July 18, 2005, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED.**

Signed this 9th day of May, 2005.

<u>/s/   David RHerndon</u>
**United States District Judge**