IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) No. 04-30144-DRH |
| | ) |
| **VICTOR P. WILEY,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

This matter is before the Court on Motion of the Defendant to conduct a psychological evaluation. The Court being duly advised in the premises GRANTS the Order. The Court orders that the United States Marshal's Service permit Dr. Donald Cross, Ph.D. to enter the Alton City Jail, Alton, Illinois, for the purpose of conducting this evaluation.

The particulars of the evaluation are up to the parties, and the Court advises the parties that Dr. Cross is to have whatever access warranted in the premises, so long as security is not compromised.

**SO ORDERED:**

**DATE: June 8, 2005**                          /s/   David RHerndon
                                                **United States District Judge**