IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                                    No. 04-CR-30144-DRH

VICTOR WILEY,

Defendant.

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

On November 22, 2005, the Court held a hearing on the Government's motion for hearing pursuant to Federal Rule of Criminal Procedure 12.2(b)(c)(1)(B) (Doc. 48). Assistant United States Attorney Tom Daly represented the Government and attorney John Stobbs, II, represented Wiley during the hearing. The Court heard argument and evidence from both parties. Based on the reasons stated on the record, the applicable case law, pleadings and the following, the Court grants the Government's request and **ORDERS** Wiley committed to the Government's custody for an examination to determine competency pursuant to **18 U.S.C. §§ 4241, 4242** and **4247**.

Under **FEDERAL RULE of Criminal Procedure 12.2(c)(1)(A)**, the Court must order the defendant to be examined under **18 U.S.C. § 4242**. Thus, the Court determines that Defendant shall be committed to the custody of the Attorney General to undergo a psychological examination to determine whether he was sane at the time of the offense charged and whether he is competent to stand trial and to assist in his defense. Therefore, Defendant is committed to the Attorney General's custody to undergo a psychiatric or psychological examination pursuant to **18 U.S.C. §§ 4242** and **4247(b) and(c).**

Accordingly, the Court **ORDERS** pursuant to **18 U.S.C. §§ 4241, 4242** and **4247** that Defendant be committed for a psychiatric or psychological examination that shall last for a reasonable period, but not to exceed forty-five days. Furthermore, the Court **ORDERS** pursuant to **18 U.S.C. § 4247(b)** and **(c)** that the examiner prepare a report that includes the following:

> **(1)** the defendant's history and present symptoms;
> **(2)** a description of the psychiatric, psychological, and medical tests that were employed and their results;
> **(3)** the examiner's findings; and
> **(4)** the examiner's opinions as to diagnosis, prognosis, and whether the defendant was insane at the time of the offense charged and whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

The report shall be filed with the Court, and copies shall be served to counsel for the Government and Defendant. Once the Court receives the report, it will set the matter for hearing. Further, the Court **CONTINUES** the trial set for December 5, 2005. The

Court will reschedule trial after this issue is resolved.  As stated above, the reasons for the examination were fully explored during the hearing and for the purposes of justice to be met the examination needs to be pursued.  Therefore, the time is excludable for purposes of the Speedy Trial Act.

**IT IS SO ORDERED.**

Signed this 23rd day of November, 2005.

/s/            David RHerndon

**United States District Judge**