IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

    **vs.**                                                     **No. 04-CR-30144-DRH**

**VICTOR WILEY,**

**Defendant.**

### ORDER

**HERNDON, District Judge:**

Now before the Court is Wiley's motion for addendum to psychological report (Doc. 63). The Government does not oppose the motion. Said motion is **GRANTED**. The Court **ORDERS** Dr. Dana to complete an addendum to his report indicating that he reviewed all of the documents received from Dr. Cross and the impact, if any, that these documents would have on his opinion.

**IT IS SO ORDERED.**

Signed this 27th day of March, 2006.

                                                                   /s/          David   RHerndon
                                                      **United States District Judge**