IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**VICTOR WILEY,**

    **Defendants.**                           Case No. 04-cr-30144-DRH

### ORDER

**HERNDON, District Judge:**

        Counsel for Defendant Victor Wiley, John D. Stobbs II, has filed a Motion to Provide Interim Payments (Doc. 74), pursuant to **18 U.S.C. § 3006A**. Counsel requests that the Court declare this matter to be an extended case and authorize interim payments. Counsel was appointed to represent Defendant in July 2005. Currently, the trial in this matter is set for December 2006. Therefore, the Court **GRANTS** the motion (Doc. 74), insofar as his request that the Court consider an interim voucher, and directs Defendant's counsel to file an interim voucher,[1] itemizing his fees and expenses to date. The Court will take the submitted voucher under advisement and submit appropriate fees and expenses to the Chief Judge of the Circuit

---

[1] CJA Form 20

for approval.  Counsel shall file this voucher as soon as practicable.

       **IT IS SO ORDERED.**

Signed this 30th day of August, 2006.

                                            /s/       David   RHerndon
                                            **United States District Judge**