IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

**Plaintiff,**

v.

VICTOR WILEY,

**Defendant.**                                              No. 04-CR-30144-DRH

## ORDER

**HERNDON, District Judge:**

Now before the Court is Defendant's motion for final pretrial conference (Doc. 85). Said motion is **GRANTED**. The Court **SETS** this matter for Pre-Trial Conference on November 30, 2006 following the suppression hearing in this matter.

**IT IS SO ORDERED.**

Signed this 6th day of November, 2006.

/s/     David RHerndon
**United States District Judge**