IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**                                                              **No. 04-CR-30144-DRH**

**VICTOR WILEY,**

**Defendant.**

## ORDER

**HERNDON, District Judge:**

Pending before the Court are three discovery motions filed by Defendant on November 22, 2006: (1) motion for disclosure of expert testimony (Doc. 92); (2) motion for disclosure of impeaching testimony (Doc. 93); and motion for material the Government intends to offer pursuant to Rule 404(b) of the Federal Rules of Evidence (Doc. 94). The Government responded to Defendant's motions on November 27, 2006. Based on the Government's responses, the Court **DENIES as moot** Defendant's motions.

**IT IS SO ORDERED.**

Signed this 29th day of November, 2006.

/s/         David   RHerndon
**United States District Judge**