**IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 04-30144-DRH |
| ) | |
| VICTOR WILEY, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Now before the Court is Victor Wiley's Stipulation to Substitute *pro bono* co-counsel. The Court being advised in the premises. IT IS THEREFORE ORDERED, defendant's Stipulation to Substitute *pro bono* co-counsel is granted. Beatty Motil & Foster are hereby allowed to withdraw as attorney of record for the defendant. Ronald J. Foster, Jr. of The Rex Carr Law Firm, LLC is hereby now attorney of record as *pro bono* co-counsel for the defendant. All future pleadings, correspondence and notices shall be sent to Ronald J. Foster, Jr., The Rex Carr Law Firm, LLC, 412 Missouri Avenue, East St. Louis, Illinois, 62201-3016. The telephone number is (618) 274-0434 and facsimile (618) 274-8369. The Clerk is hereby directed to strike Beatty Motil & Foster as *pro bono* co-counsel of record for the defendant and to make note of the entry of the appearance as *pro bono* co-counsel for the defendant and to otherwise direct all further Court correspondence with regard to this case to Ronald J. Foster, Jr. at The Rex Carr Law Firm, LLC.

ENTERED this 11th day of December, 2006.

/s/           David   RHerndon
UNITED STATES DISTRICT JUDGE